**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

IN RE: PROTON-PUMP INHIBITOR                    MDL No. 2789 (CCC) (MF)
PRODUCTS LIABILITY LITIGATION (NO. II)

**This document relates to:**

Evelyn Smith,

v.

Takeda Pharmaceuticals U.S.A., Inc., et al.

## THIRD AMENDED SHORT FORM COMPLAINT AND JURY DEMAND

The Plaintiff(s) named below file(s) this *Third Amended Short Form Complaint* and *Jury Demand* against Defendants named below by and through their undersigned counsel and as permitted by Case Management Order No. 7. Plaintiff(s) incorporate(s) by reference the allegations contained in *Plaintiffs' Master Long Form Complaint and Jury Demand in In re: Proton-Pump Inhibitor Products Liability Litigation*, MDL 2789, in the United States District Court for the District of New Jersey pursuant to Case Management Order No. 7.

In addition to those causes of action contained in Plaintiffs' Master Long Form Complaint and Jury Demand, where certain claims require specific pleadings and/or amendments, Plaintiff(s) shall add and include them herein.

## IDENTIFICATION OF PARTIES

**Identification of Plaintiff(s)**

1.    Name of individual injured/deceased due to the use of PPI Product(s): _____
Evelyn Smith
_____

2.    Consortium Claim(s):  The following individual(s) allege damages for loss of
consortium:    n/a
_____

1

3.    Survival and/or Wrongful Death Claims:

   a.  Plaintiff, _____, is filing this case in a representative capacity

      as the _____ of the Estate of _____,

      deceased.

   b.  Survival Claim(s): The following individual(s) allege damages for survival

      claims, as permitted under applicable state laws: _____

      _____

4.    As a result of using PPI Products, Plaintiff/Decedent suffered pain and suffering,

      emotional distress, mental anguish, and personal and economic injur(ies) that are

      alleged to have been caused by the use of the PPI Products identified in Paragraph 10,

      below, but not limited to the following:

      ☑ injury to himself/herself

      ☐ injury to the person represented

      ☐ wrongful death

      ☐ survivorship action

      ☐ economic loss

      ☐ loss of services

      ☐ loss of consortium

      ☐ other: _____

      _____

**Identification of Defendants**

   5.  Plaintiff(s)/Decedent is/are suing the following Defendant(s) (please check all that

apply):

2

■ Abbott Laboratories

■ AstraZeneca Pharmaceuticals LP

■ AstraZeneca LP

☐ GlaxoSmithKline Consumer Healthcare Holdings (US) LLC

■ Merck & Co. Inc. d/b/a Merck, Sharp & Dohme Corporation

☐ Novartis Consumer Health, Inc.

☐ Pfizer, Inc.

☐ The Procter & Gamble Company

☐ The Procter & Gamble Manufacturing Company

■ Takeda Pharmaceuticals U.S.A., Inc.

■ Takeda Pharmaceuticals America, Inc.

■ Takeda Development Center Americas, Inc. f/k/a Takeda Global Research & Development Center, Inc.

■ Takeda Pharmaceutical Company Limited

☐ Other(s) Defendant(s) (please identify):

_____

_____

_____

_____

3

## JURISDICTION & VENUE

### Jurisdiction:

6.      Jurisdiction in this Short Form Complaint is based on:

        ■ Diversity of Citizenship

        ☐ Other (The basis of any additional ground for jurisdiction must be pled in

sufficient detail as required by the applicable federal Rules of Civil Procedure). _____

_____

### Venue:

7.  District Court(s) in which venue was proper where you might have otherwise filed this

Short form Complaint absent Case Management Order No. 7 entered by this Court and/or to

where remand could be ordered:      United States District Court for the District of Maine
                                    _____

## CASE SPECIFIC FACTS

8.      Plaintiff(s) currently reside(s) in (City, State): South Paris, ME
                                                            _____

9.      To the best of Plaintiffs knowledge, Plaintiff/Decedent used PPI Product(s) during the

following time period: January 2005 - December 2017
                       _____

10.     Plaintiff/Decedent used the following PPI Products, for which claims are being

        asserted:

        ☐ Dexilant

        ☐ Nexium

        ☐ Nexium 24HR

        ■ Prevacid

        ☐ Prevacid 24HR

4

■ Prilosec

☐ Prilosec OTC

☐ Protonix

☐ Other (List All):

11. The injuries suffered by Plaintiff/Decedent as a result of the use of PPI Products

include, among others that will be set forth in Plaintiffs discovery responses and medical

records:

Acute Interstitial Nephritis (AIN)

■ Acute Kidney Injury (AKI)

■ Chronic Kidney Disease (CKD)

End Stage Renal Disease (ESRD)

Dialysis

Death

Other(s) (please specify):

_____

_____

_____

_____

12. At the time of the Plaintiffs/Decedent's diagnosis of injury, Plaintiff7Decedent resided in

(City, State): South Paris, ME
_____

5

## CAUSES OF ACTION

13.     Plaintiff(s), again, hereby adopt(s) and incorporate(s) by reference the *Master Long form Complaint and Jury Demand* as if fully set forth herein.

14.     The following claims and allegations asserted in the *Master Long Form Complaint and Jury Demand* are herein more specifically adopted and incorporated by reference by Plaintiff(s) please check all that apply):

■ Count I: Strict Product Liability

■ Count II: Strict Product Liability — Design Defect

■ Count III: Strict Product Liability — Failure to Warn

■ Count IV: Negligence

■ Count V: Negligence *Per Se*

■ Count VI: Breach of Express Warranty

■ Count VII: Breach of Implied Warranty

■ Count VIII: Negligent Misrepresentation

■ Count DC: Fraud and Fraudulent Misrepresentation

■ Count X: Fraudulent Concealment

■ Count XI: Violation of State Consumer Protection Laws of the State(s) of:
Me. Rev. Stat. Ann. tit. 5, §§ 205-A et seq.
_____

☐ Count XII: Loss of Consortium

☐ Count XIII: Wrongful Death

☐ Count XIV: Survival Action

☐ Furthermore, Plaintiff(s) assert(s) the following additional theories and/or Causes of Action against Defendant(s) identified in Paragraph five (5) above. If Plaintiff(s) includes additional theories of recovery, to the extent they require specificity in pleadings, the specific facts and allegations supporting these theories must be pled by Plaintiff(s) in a manner complying with the requirements of the Federal Rules of Civil Procedure:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

7

**WHEREFORE**, Plaintiff(s) pray(s) for relief and judgment against Defendants of compensatory damages, punitive damages, interest, costs of suit and such further relief as the Court deems equitable and just, and as set forth in the *Master Long form Complaint and Jury Demand*, as appropriate.

## <u>JURY DEMAND</u>

Plaintiff(s) hereby demand a trial by jury as to all claims in this action.

Dated: <u>July 11, 2023</u>

Respectfully Submitted,

 s/Michael A. London
_____
Michael A. London (ML - 7510)
Douglas & London, P.C.
59 Maiden Lane, 6th Floor
New York, NY 10038
(212) 566-7500
(212) 566-7501 (facsimile)
mlondon@douglasandlondon.com